1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMIE DORSEY,                                    )   Case No. CV 05-6426 VBF(JC)
                                                 )
                         Petitioner,             )   ~~(PROPOSED)~~
                                                 )
              v.                                 )   ORDER ADOPTING FINDINGS,
                                                 )   CONCLUSIONS, AND
DEBRA DEXTER, Warden,                            )   RECOMMENDATIONS OF
                                                 )   UNITED STATES MAGISTRATE
                         Respondent.             )   JUDGE
                                                 )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second

Amended Petition for Writ of Habeas Corpus by a Person in State Custody (the

"Petition"), all of the records herein, and the attached Report and

Recommendation of United States Magistrate Judge.  The Court approves and

adopts the United States Magistrate Judge's Report and Recommendation.

        IT IS ORDERED that Judgment be entered denying the Petition and

dismissing this action with prejudice.

///

///

///

///

///

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  United States Magistrate Judge's Report and Recommendation, and the Judgment

3  herein on petitioner and on counsel for respondent.

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED: _____6-5-09_____

7

8  _____

9  HONORABLE VALERIE BAKER FAIRBANK
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28