# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMIE DORSEY, | ) | Case No. CV 05-6426 VBF(JC) |
| Petitioner, | ) | (PROPOSED) *VBF* |
| v. | ) | JUDGMENT |
| DEBRA DEXTER, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: 6-5-09

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE